■ CONTINENTAL CASUALTY COMPANY et al., Appellants, v R.S. LOOK, INC., Respondent. [624 NYS2d 700] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted defendant's motion for leave to serve an amended answer. Leave to amend "shall be freely given" (CPLR 3025 [b]; *see, Ciminelli Constr. Co. v County of Erie,* 212 AD2d 1046 [decided herewith]), particularly when the proposed amendment does not set forth new facts, but merely adds an additional theory of recovery *(Brewster v Baltimore & Ohio R. R. Co.,* 185 AD2d 653; *Trusthouse Forte [Garden City] Mgt. v Garden City Hotel,* 106 AD2d 271, 272; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3025:8, at 359). Further, because there was no showing of prejudice or surprise to plaintiffs, the proposed amendment to the ad damnum clause was properly permitted *(see, Loomis v Civetta Corinno Constr. Corp.,* 54 NY2d 18, 23, *rearg denied* 55 NY2d 801). Finally, the court did not abuse its discretion in denying plaintiffs' cross motion for costs and attorneys' fees *(see,* CPLR 3025 [b]). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Amend Answer.) Present— Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ ROGER SCOTT et al., Appellants, v TOWN OF SKANEATELES, Respondent. [624 NYS2d 1015] —Appeal from order insofar as it denied reargument unanimously dismissed *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984; *see also, Lindsay v Funtime, Inc.,* 184 AD2d 1036; *Mauro Co. v Genesee Val. Group Health Assn.,* 184 AD2d 998, 999-1000) and order affirmed without costs. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Reargument and Renewal.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. KEARSE, Appellant. [624 NYS2d 1016] —Judgment unanimously affirmed *(see, People v Allen,* 82 NY2d 761; *People v Callens,* 199 AD2d 992, *lv denied* 83 NY2d 869). (Appeal from Judgment of Onondaga County Court, Mulroy, J. —Burglary, 1st Degree.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.